UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
MILAN LIPSTEIN, :
:
                Plaintiff, :
: 22-CV-4812 (VSB)
        -against- :
: **ORDER**
20X HOSPITALITY LLC, et al., :
:
               Defendants. :
:
----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      Plaintiff filed this action against Defendants 20X Hospitality LLC, June Kwan, Joanna Avery, and Yidi Mao on June 8, 2022, (Doc. 1), and filed affidavits of service on July 13, 2022, (Docs. 12, 13, 14, 15). The deadline for Defendants Hospitality LLC, June Kwan, and Joanna Avery to respond to Plaintiff's complaint was July 18, 2022, (*see* Docs. 12, 13, 14), and the deadline for Defendant Yidi Mao to respond was August 1, 2022, (*see* Doc. 15). To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than August 9, 2022. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    August 2, 2022
             New York, New York

                                                              _____
                                                              VERNON S. BRODERICK
                                                              United States District Judge