UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAN LIPSTEIN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> 20X HOSPITALITY LLC, et al., <br><br> Defendants. | Case No. 1:22-cv-04812 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

In light of Defendants' new motion to dismiss, *see* ECF No. 54, Defendants' earlier motion to dismiss filed at ECF No. 45 is hereby DENIED as moot. Plaintiffs' opposition to the new motion to dismiss is due by **December 22, 2022**. Defendants' reply, if any, is due by **December 29, 2022**.

The Clerk of Court is directed to terminate ECF No. 45.

Dated: December 8, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge