

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY 10022.3298

Kevin K. Yam
212.583.2674 direct
212.583.9600 main
kyam@littler.com

January 28, 2025

*Application GRANTED. The parties shall submit their* Cheeks *materials by* **February 17, 2025**.

**VIA ECF**

Hon. Dale E. Ho, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dale E. Ho                    Dated: January 29, 2025
United States District Judge    New York, New York

**Re:    Milan Lipstein v. 20X Hospitality LLC, et al.**
        **Case No. 1:22-cv-04812-DEH-JW (S.D.N.Y.)**

Dear Judge Ho:

We represent Defendants 20X Hospitality LLC, June Kwan, Joanna Avery, and Yidi Mao (collectively, "Defendants") in the above-referenced action.  Defendants write this letter to the Court, jointly with Plaintiff Milan Lipstein ("Plaintiff"), to respectfully request two weeks through February 17, 2025 to submit the parties' settlement agreement for Court approval, along with their letter motion explaining why the proposed settlement "should be approved as fair and reasonable, with reference to the factors discussed in *Wolinsky*." *See* Dkt. 95.

We thank the Court for its attention and consideration in this matter.

Sincerely,

*/s/ Kevin K. Yam*

Cc:    All Attorneys of Record (ECF)