UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILAN LIPSTEIN, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>20X HOSPITALITY LLC d/b/a SPICY MOON, JUNE KWAN, in both her individual and professional capacities, JOANNA AVERY, in both her individual and professional capacities, and YIDI MAO a/k/a KENNY MAO, in both his individual and professional capacities,<br><br>Defendants. | Civil Action No.: 22-cv-4812-DEH |

**STIPULATION AND [PROPOSED] ORDER APPROVING THE SETTLEMENT AND DISMISSING THE CASE**

IT IS HEREBY STIUPLATED AND AGREED by and between the parties, and Ordered by the Court that:

(a) Having reviewed the terms of the parties' resolution of this matter, the Court finds that the parties' settlement of the claims under the Fair Labor Standards Act and New York Labor Law is fair and reasonable in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and directs the Clerk to enter this document;

(b) Defendants shall tender all payments to Plaintiff and Plaintiff's counsel in accordance with the schedule set forth in the Settlement Agreement;

(c) The above-captioned action and all causes of action asserted therein are hereby dismissed; and

(d) The Court shall retain jurisdiction over this matter for the sole purpose of enforcing the terms of the Settlement Agreement.

| | |
|---|---|
| Dated: March 12, 2025<br>Queens, New York | Dated: March 12, 2025<br>New York, New York |
| **CRABILL PLLC** | **LITTLER MENDELSON, P.C.** |
| By: _____/s/_____<br>Taylor J. Crabill<br>71-01 Austin Street<br>Forest Hills, New York 11375<br>Tel: 727-335-1030<br>Email: tcrabill@crabilllawfirm.com | By: _____/s/_____<br>Kevin K. Yam<br>900 Third Avenue<br>New York, New York 10022<br>Tel: 212-583-9600<br>Email: kyam@littler.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____
The Honorable Dale E. Ho
United States District Judge
Dated: June 10, 2025 New York, New York